IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>        v.<br><br>MARIO ROJO-Alaniz, et. al.,<br><br>                              Defendant. | CASE NO.  1:20-CR-00174-DAD-BAM<br>                 1:20-MJ-00106 EPG<br><br>**UNDER SEAL**<br><br>ORDER UNSEALING COMPLAINT AND INDICTMENT |

The United States having applied to this Court to file the complaint and indictment in this case partially under seal in order to prevent the destruction of evidence and flight of the targets of the investigation, and all defendants now having been arrested such that sealing is no longer required,

IT IS ORDERED that the complaint and indictment filed in the above-entitled matter shall be unsealed.

IT IS SO ORDERED.

Dated:   **October 26, 2020**                    /s/ Barbara A. McAuliffe
                                                                   UNITED STATES MAGISTRATE JUDGE

ORDER UNSEALING COMPLAINT AND ARREST WARRANT                  1