PHILLIP A. TALBERT
United States Attorney
KATHERINE E. SCHUH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SANDRA DIAZ,<br><br>Defendant. | CASE NO. 1:20-CR-00174-DAD-BAM<br><br>STIPULATION TO SET CHANGE OF PLEA HEARING;  ORDER<br><br>DATE: March 14, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

1. The government, by and through United States Attorney Phillip A. Talbert and Assistant United States Attorney Katherine E. Schuh, and the defendant Sandra Diaz, by and through her counsel of record, Michael McKneely, hereby stipulate as follows.

2. The parties have reached a plea agreement in this case.

3. The parties ask that the matter as to defendant Sandra Diaz be set for a change of plea before the Honorable Dale A. Drozd on March 14, 2022 at 10:00 AM.

4. The parties further believe that time should be excluded to allow the defendant to prepare to enter change of plea. Failure to grant the request would unreasonably deny both the defendants and the government the reasonable time necessary for effective preparation, taking into account the parties' due diligence in prosecuting this case. 18 U.S.C. Section 3161(h)(7)(B)(iv). Based on the above-stated findings, the ends of justice served by the schedule as requested outweigh the interest of the public and

1

the defendant in a trial within the original date prescribed by the Speedy Trial Act.  Therefore, the parties request that the Court exclude the time until the new status conference date from calculations under the Speedy Trial Act.

IT IS SO STIPULATED.

Dated:  February 14, 2022                       PHILLIP A. TALBERT
                                                United States Attorney


                                                /s/ Katherine E. Schuh
                                                KATHERINE E. SCHUH
                                                Assistant United States Attorney


Dated:  February 14, 2022                       /s/ Michael McKneely
                                                MICHAEL McKNEELY
                                                Counsel for Defendant
                                                Sandra Diaz


**ORDER**

IT IS SO ORDERED.

Dated:  **February 14, 2022**         _____
                                      UNITED STATES DISTRICT JUDGE