# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>v.<br><br>Sandra Coronado Diaz,<br><br>      Defendant. | REENTRY COURT PROGRAM<br><br>ORDER TO REDUCE TERM OF SUPERVISED RELEASE FOR SUCCESSFUL COMPLETION OF REENTRY COURT<br>(18 U.S.C. 3583(3)(1))<br><br>Docket Number:   0972 1:20CR00174-5 |

On May 23, 2023, the defendant was accepted as a participant in the Reentry Court Program. As of May 15, 2024, the defendant successfully completed the Reentry Court Program.

It is recommended by the Reentry Court Team that due to defendant's successful completion of the Reentry Court Program, the defendant's term of Supervised Release is to be reduced by one year, with a new termination date of March 30, 2025.

In accordance with 18 U.S.C. § 3583(3)(1), the Reentry Court Judge orders that a reduction is approved. The term of Supervised Release imposed on June 21, 2022, is hereby reduced by one year for defendant's successful completion of the Eastern District of California's Reentry Court Program.

These findings and recommendation are submitted to the District Judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 302 and shall be considered forthwith without the need for time to respond.

| | |
|---|---|
| 6/7/2024<br>Date | *Sheila K. Oberto*<br>The Honorable Sheila K. Oberto<br>U.S. Magistrate Judge |

**IT IS ORDERED** that these findings and recommendations are hereby adopted and approved. The defendant's term of Supervised Release is reduced by one year, with a new termination date of March 30, 2025.

| | |
|---|---|
| June 7, 2024<br>Date | *Jennifer L. Thurston*<br>The Honorable Jennifer L. Thurston<br>U.S. District Judge |

cc:  Defendant
    Assistant United States Attorney:   Antonio J. Pataca
    Defense Counsel:   Michael G. McKneely
    FLU Unit – United States Attorney's Office
    Fiscal Clerk - Clerk's Office